```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

SAMUEL OLIVERA,                    :
                                   :   Civil Action No. 12-3064 (NLH)
            Petitioner,            :
                                   :
       v.                          :   ORDER
                                   :
WARDEN FORT CIX PRISON,            :
                                   :
            Respondent.            :

    For the reasons expressed in the Court's Opinion filed herewith,

    It is on this 18th day of March, 2013,

    ORDERED that the Petition for Writ of Habeas Corpus submitted pursuant to 28 U.S.C. § 2241 is DENIED WITH PREJUDICE, for lack of subject matter jurisdiction; and it is further

    ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

    ORDERED that the Clerk is directed to close the file accordingly.

                                                s/ Noel L. Hillman
                                                NOEL L. HILLMAN
                                                United States District Judge

At Camden, New Jersey